USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 3 2020

RECEIVED
JAN 1 3 2019
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: [~~PROPOSED~~]
- v. - : ORDER
:
MIGUEL COLON, : 11 Cr. 59 (LAK)
:
Defendant. :
:
- - - - - - - - - - - - - - - - x

THE HONORABLE LEWIS A. KAPLAN, U.S. District Judge:

WHEREAS, the above-named defendant, MIGUEL COLON (Reg. No. 64736-054), who is presently confined at Metropolitan Correctional Center, 150 Park Row, New York, NY 10007, under the supervision and control of the United States Marshal and the Warden of the Metropolitan Correctional Center; and

WHEREAS, an application having been made by counsel for the defendant, Judith Vargas, Esq., and by the United States of America, GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney David Abramowicz, of counsel;

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Section 4241(b), that Dr. Liliana Rusansky Drob, a duly licensed and qualified Psychologist, is appointed as a forensic psychiatric expert to conduct an evaluation and prepare a confidential report of that evaluation of defendant MIGUEL COLON in the above captioned matter to assist the Court in

determining whether COLON presently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS FURTHER ORDERED that the examination shall be conducted as expeditiously as possible, and that the examiner shall submit as expeditiously as possible a written report to be filed with the Court, with copies provided to counsel for the Government and counsel for the defendant, in accordance with the provisions of Title 18, United States Code, Section 4247(b) and (c);

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 4247(c), that the report shall include the following:

>     (1) the defendant's history and present symptoms;
>
>     (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
>
>     (3) the examiner's findings; and
>
>     (4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS FURTHER ORDERED that the Warden of the Metropolitan Correctional Center, or whoever shall have the supervision and control of the defendant, shall provide a suitable place for the examiner to administer the examination and shall make available to the examiner all medical records and any prior evaluations related to the defendant that are in the control of the Federal Bureau of Prisons.

Dated:  New York, New York
        January 13, 2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK