

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 1, 2020

**By ECF & Email**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Miguel Colon,**
           **S1 11 Cr. 59 (LAK)**

Dear Judge Kaplan:

    The Government respectfully requests that the conference scheduled for 3 p.m. on April 7, 2020, be adjourned until a date in mid-May. The adjournment is requested to allow more time for the Court-appointed psychologist to complete a competency evaluation of the defendant. As noted in the defendant's bail application (Dkt. 925, at 9), the psychologist has been unable to complete the evaluation due to visiting restrictions related to COVID-19.

    The defendant, through counsel, consents to the requested adjournment.

                                 Respectfully submitted,

                                 GEOFFREY S. BERMAN
                                 United States Attorney

               By:   /s/
                     David Abramowicz
                     Assistant United States Attorney
                     (212) 637-6525

cc:     Judith Vargas, Esq. (by ECF and email)

*[Handwritten: Granted. Adjourned to 5/14/2020 at 10 am. /s/ 4/2/2020]*